# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE MICHAEL WILLIAM MAES,<br><br>Debtor.<br><br>SIMON RODRIGUEZ, Trustee,<br><br>Plaintiff – Appellee,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC.,<br><br>Defendant – Appellant. | BAP No.   CO-06-049<br><br>Bankr. No.   05-18271-ABC<br>Adv. No.   05-1729-ABC<br>Chapter   7<br><br>ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT<br><br>May 26, 2006 |

Simon Rodriguez, the appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1)  This appeal is transferred to the United States District Court for the District of Colorado.

(2)  Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3)  Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court. It is requested that the Bankruptcy Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space indicated below.

For the Panel:

Barbara A. Schermerhorn, Clerk of Court

By: _____
Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated: 05/30/06

Signed: *Christine Ekhardt*
Bankruptcy Court Deputy Clerk