IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1025-AP**

IN RE:

**MICHAEL WILLIAM MAES,**

    Debtor.

**SIMON RODRIGUEZ, Chapter 7 Trustee**,

    Plaintiff/Appellee,

v.

**AMERICREDIT FINANCIAL SERVICES, INC.,**

    Defendant/Appellant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion for Approval of Stipulation to Hold Case in Abeyance (doc. #13), filed August 10, 2006, is GRANTED. This case is STAYED pending final disposition of the consolidated appeal. Within 30 days thereafter, the parties shall file a joint status report advising the court that they are requesting a status conference to determine how the case should proceed.

Dated: September 8, 2006