IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1025-AP**

IN RE:

**MICHAEL WILLIAM MAES,**

      Debtor.

**AMERICREDIT FINANCIAL SERVICES, INC.,**

      Appellant,

V.

**SIMON RODRIGUEZ, Chapter 7 Trustee**,

      Appellee.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion to Dismiss Appeal With Prejudice (doc. #16), filed September 19, 2007, it is

**ORDERED** that the Motion is GRANTED.  This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 2nd day of November, 2007.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT